**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 10-9027-CV-W-DW |
| | ) | |
| ROBERT BARTON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 7) in the above-captioned matter. Respondent has not filed any objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made a part of this Order and it is further

ORDERED that Respondent shall comply with the summons issued by Petitioner. The parties shall agree upon a date and time for the summons, with such date to occur within sixty (60) days from the date of this Order.

The Clerk of the Court is directed to serve a certified copy of this Order upon Robert Barton by certified mail, return receipt requested, and by regular first-class mail at his last known place of employment, Law Offices of Robert R. Barton, LLC, 301 W. 67th Terrace, Kansas City, MO 64113.

SO ORDERED.


Date:    December 2, 2010           _____/s/ Dean Whipple_____
                                                            Dean Whipple
                                                  United States District Judge